**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

JOAN BOOTH, *et al.*,                    :
                                         :
    Plaintiffs,                      :
                                         :
v.                                       :     CASE NO.: 7:25-CV-152 (WLS)
                                         :
STATE FARM FIRE AND                      :
CASUALTY COMPANY,                        :
                                         :
    Defendant.                       :
_____          :

## <u>ORDER</u>

Before the Court is a Motion to Withdraw and for Substitution of Counsel of Record (Doc. 14), filed on February 20, 2026. Therein, Attorney Brittany Conner and the law firm of Salter, Shook & Conner, PC move the Court for permission to withdraw as counsel of record for Plaintiffs. Attorney Conner also moves to substitute Attorney Brandy Mai with the Chad T. Wilson Law Firm, PLLC as counsel of record for Plaintiffs.

Under the Local Rules of this Court, "[i]f co-counsel remains in the case, or if substitute counsel enters an appearance prior to, or contemporaneous with the withdrawal, then the attorney who wishes to withdraw as counsel for a party continuing to be represented may, and without leave of the court, withdraw from representing a party upon filing a notice of withdrawal." M.D. Ga. L.R. 83.1.4. In other words, counsel wishing to withdraw from a case need not seek the Court's permission if substitute counsel enters an appearance prior to or at the same time as the withdrawal. And a motion for substitution of counsel is not necessary. A motion to withdraw, however, is necessary "if withdrawal would leave the client unrepresented[.]" *Id.* In that case, the motion must state that the attorney has provided written notice to her client regarding her intention to withdraw within fourteen days of submitting the motion to the Court. *Id.* The Rule also prescribes the contents of such written notice to be served on the client and provides the client with fourteen days in which to object to the withdrawal. *Id.*

1

Upon review, Counsel has not complied fully with the requirements of Local Rule 83.1.4. Specifically, the Motion does not state whether she served Plaintiffs with the written notice required by Rule 83.1.4. And a review of the Record in this case shows that Attorney Brandy Mai has not yet entered a notice of appearance. As such, the Motion to Withdraw and for Substitution of Counsel of Record (Doc. 14) is **DENIED**, without prejudice. Attorney Conner remains counsel of record for Plaintiffs unless and until substitute counsel enters an appearance and the proper notice of withdrawal is filed, or Attorney Conner submits the proper motion in compliance with Rule 83.1.4 for the Court's consideration.

**SO ORDERED**, this 23rd day of February 2026.

**/s/ W. Louis Sands**
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**